UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**MARK BRUNO,**                                     CASE NO.  3:12-cv-116

    Plaintiff,                               **Judge Timothy S. Black**

**-vs-**

**COMMISSIONER OF SOCIAL
SECURITY,**

   Defendant.

_____

**JUDGMENT IN A CIVIL CASE**

_____

     **[ ]**   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

     **[X]**   **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

     **IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is found supported by substantial evidence and **AFFIRMED**; and that the case is **CLOSED** from the docket of the Court.

Date: December 31, 2012                           **JOHN P. HEHMAN, CLERK**

                                                                 By: *s/ M. Rogers*
                                                                  Deputy Clerk